UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZLOTNIK,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 16-cv-02726-DMR<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 7 |

The court is in receipt of Defendant Wells Fargo Bank, N.A.'s motion to dismiss Plaintiff John Zlotnik's complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff properly filed a first amended complaint against Defendant on June 16, 2016. Accordingly, Defendant's motion to dismiss is denied as moot. The July 28, 2016 hearing on the motion is vacated.

**IT IS SO ORDERED.**

Dated: June 17, 2016



Donna M. Ryu
United States Magistrate Judge